AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | **SEALED** |
| Rogelio Rocha Jr. | ) Case No. | |
| | ) 5:21-MJ-2471 | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __December 6, 2019__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 7 kilograms of methamphetamine. |

This criminal complaint is based on these facts:
See Attachment A

☑ Continued on the attached sheet.

/s/ Ana Karen Robinson, TFO DEA
*Complainant's signature*

Ana Karen Robinson, TFO DEA
*Printed name and title*

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed. R. Crim. P. 4.1: .

Date: 11/19/2021

*Judge's signature*

City and state: Laredo, Texas

Christopher dos Santos, U.S Magistrate Judge
*Printed name and title*

## ATTACHMENT A

On December 6, 2019, Drug Enforcement Administration Agents (DEA) assigned to the Laredo District Office conducted an undercover operation in which six bundles containing approximately seven kilograms of methamphetamine were delivered to Rogelio ROCHA Jr. Before delivering the bundles to ROCHA, DEA agents had field tested the substance within them, which had returned a presumptive positive for methamphetamine.

On said date, at approximately 4:20 p.m., ROCHA met with an undercover agent at a truck stop in Laredo, Texas. Upon initial contact, the undercover agent greeted ROCHA as "ROGER," to which ROCHA acknowledged. The undercover agent then asked ROCHA "how many he was going to pick up?" ROCHA answered "six." After confirming that ROCHA was there to pick up the six bundles of methamphetamine, the undercover agent placed them inside ROCHA's car. Prior to driving away, ROCHA told the undercover agent that he would rather meet at his place of employment next time because it would be safer.

After ROCHA departed, a Webb County Sheriff's Office Deputy conducted a traffic stop on ROCHA and located the six bundles of methamphetamine. DEA Agents approached the scene of the traffic stop and made contact with ROCHA, who was detained and transported to the DEA office in Laredo. At the DEA office, agents advised ROCHA of the Miranda Rights, and he agreed to answer questions. ROCHA claimed that another individual had directed him to pick up the methamphetamine, and that he had done so as a favor for that individual.